UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JANE BROWN, | ) | |
| | ) | |
| v. | ) | No. 2:12-0011 |
| | ) | JUDGE SHARP |
| G & L MANUFACTURING, INC. | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Plaintiff's Motion to Compel and to Set New Deadlines (Docket No. 28).

The request for new deadlines is GRANTED. The jury trial scheduled for October 21, 2014, is hereby rescheduled for Tuesday, March 24, 2015, at 9:00 a.m. The final pretrial conference scheduled for October 6, 2014, is rescheduled for Monday, March 2, 2015, at 2:00 p.m. Both set Cookeville, Tennessee.

This matter is hereby returned to the Magistrate Judge for further case management and ruling on the pending motion.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE