**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

JANE A. BROWN,             )
                                        )
       Plaintiff,          )
                                        )        No.: 2:12-0011
vs.                             )        JURY DEMAND
                                        )
G & L MANUFACTURING, INC.,   )
                                        )
       Defendant.      )

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a) (1)(A)(ii), the parties hereby stipulate that they have

compromised and settled all claims in this matter to the mutual satisfaction of the parties and that

all of the claims that either have been asserted or that could have been asserted in the above-

styled cause are dismissed ***with prejudice*** against the re-filing of same.

Respectfully submitted this 30th day of December, 2016.

/s/ R. Patrick Parker (w/permission by Chris W. McCarty)
R. Patrick Parker (BPR #016847)
pparker@pparkerlaw.com
PARKER & ASSOCIATES
1517 Hunt Club Blvd.
Gallatin, TN 37075
(615) 724-5291

*Attorneys for Plaintiff*

/s/ Chris W. McCarty
Chris W. McCarty (BPR #025551)
CMccarty@lewisthomason.com
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of December, 2016, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Chris W. McCarty
Chris W. McCarty (BPR #025551)